```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SESA, INC.,                                                        :
:
Plaintiff,                  :
:        20-cv-1265 (LJL)
-v-                                              :
:        ORDER
TERRAFINA, LLC, et al.,                                            :
:
Defendants.                 :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Complaint in this action was filed on February 12, 2020. The Court held an initial pretrial conference on May 13, 2020. Counsel for Plaintiff Sesa, Inc. and counsel for Defendants Frunut Global, LLC ("Frunut Global") and Engin Yilmaz both appeared. Defendants Terrafina, LLC ("Terrafina"), Frunut Global Commodities, LLC ("Frunut Global Commodities"), James Locke, and Kenan Izci did not appear.

      At the conference, Plaintiff represented that he had served Defendant Terrafina in early March 2020, but the affidavit of service was at his office and due to the current lockdown, he was unable to retrieve it. Plaintiff has not yet served Defendants Frunut Global Commodities, Locke, or Izci within the 90 days required by Fed. R. Civ. P. 4(m).

      It is hereby ORDERED that the parties shall jointly submit a proposed Case Management Plan and Scheduling Order in two (2) weeks, by May 27, 2020. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.

It is FURTHER ORDERED that Plaintiff shall file a motion for default judgment against Defendant Terrafina if it has not appeared in this case in six (6) weeks, by June 24, 2020. Plaintiff is directed to file a motion for default judgment according to this Court's Individual Practices in Civil Cases.

Counsel for Plaintiff is ordered to notify all non-appearing Defendants of this Order.

SO ORDERED.

Dated: May 13, 2020
      New York, New York

                                        LEWIS J. LIMAN
                                  United States District Judge