```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SESA, INC.,

                Plaintiff,

-against-

TERRAFINA, LLC et al,

                Defendants.
----------------------------------------------------------------X

**ORDER RESCHEDULING
TELEPHONE CONFERENCE**

**20-CV-1265 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 37).  The telephone conference previously scheduled for  Thursday, December 10, 2020 at 2:00 p.m. in advance of a settlement conference has been rescheduled to **Tuesday, January 5, 2021 at 10:30 a.m.**  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: December 10, 2020
       New York, New York

                                              *Katharine H. Parker*
                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge