THE LAW OFFICE OF JEREMY ROSENBERG
ATTORNEY AT LAW
777 CHESTNUT RIDGE ROAD, SUITE 202
CHESTNUT RIDGE, NEW YORK 10977

(845) 729-1172

Fax: (212) 967-2755

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2021
```

February 17, 2021

**MEMO ENDORSED**

**VIA ECF**
The Honorable Magistrate Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Sesa, Inc. v. Terrafina, LLC, et al.**
               **Case No. 20-CV-1265 (LJL)**

Dear Magistrate Parker:

    I represent plaintiff Sesa, Inc., in the above-referenced action.

    Pursuant to the Court's Order dated January 5, 2021, the Court has scheduled a settlement conference for February 25, 2021 at 3:00p.m. Notwithstanding such however, I have just realized that February 25, 2021 is a Jewish day of fasting, and is the eve of the Jewish holiday of Purim, which both myself and my client (the officers are observant) observe, and which requires me to leave the office early on said date. Indeed, because my client resides in Turkey, which is eight (8) hours ahead of New York time, the settlement conference actually falls on the Jewish holiday itself. At the time the Court scheduled this conference I did not realize that the conference fell on the aforementioned Jewish holidays, and only instantly realized same as I approached the February 25, 2021 date. As such, plaintiff respectfully apologizes to the Court and requests a brief adjournment of the settlement conference. To that end, I have contacted my adversary who has graciously consented to the adjournment. In consultation with my adversary, and in accordance with Your Honor's rules, counsels for the parties are available to conduct the settlement conference on either March 4 or March 8, or March 9 in the afternoon. The parties understand that, in the event the Court grants plaintiff's instant request, pre-conference submissions will be due a week prior to the new adjourned date of the conference.

{00033030.DOCX}

Plaintiff thanks the Court for its consideration in this regard.

Respectfully submitted,

Jeremy Rosenberg (JR-4111)

cc:   Mel Dogan, Esq. (via ECF)

**APPLICATION GRANTED:**  The settlement conference in this matter currently scheduled for Thursday, February 25, 2021 at 3:00 p.m. is rescheduled to **Monday, April 26, 2021 at 10:00 a.m.** Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **April 19, 2021 by 5:00 p.m.**

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
02/18/2021

{00033030.DOCX}