UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SESA, INC.,

                         Plaintiff,                        **ORDER**

      -against-                                 20-CV-1265 (LJL)

TERRAFINA, LLC et al,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 28, 2023, the Court ordered that Plaintiff submit necessary documents for the Court to evaluate damages for an inquest by August 31, 2023. No documents were filed. Accordingly, **by September 25, 2023**, Plaintiff shall file the documents requested including 1) a memorandum of law supporting the claim for damages against the defaulting defendants; and 2) affidavits from counsel and relevant witnesses attaching evidence of damages and setting forth plaintiff's computation of damages. Plaintiff shall serve the documents on the defaulting defendants. The defaulting defendants shall have until **October 9, 2023** to respond. Plaintiff shall file an affidavit of service with the Court.

Plaintiff is reminded that failure to follow Court orders may lead to sanctions, including a recommendation of dismissal for failure to prosecute.

**SO ORDERED**.

Dated: September 18, 2023
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge